# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                       **PLAINTIFF**

v.                      **CASE NO.  3:15CV00347 BSM/JTR**

**RONNIE COLEMAN, Administrator,**
**Crittenden County Detention Facility, et al.**                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE