IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON,**                                    **PLAINTIFF**
**ADC #162451**

**v.**                     **CASE NO.   3:15CV00347 BSM/JTR**

**RONNIE COLEMAN, Administrator,**
**Crittenden County Detention Facility, et al.**                **DEFENDANTS**

## ORDER

Plaintiff Nicholas Addison's motion to increase his request for damages [Doc. No. 7] is denied as moot because this case is closed.

IT IS SO ORDERED this 10th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE